CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIA DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNWOOD UNIFIED SCHOOL DISTRICT, ANIM MENER<br><br>    Defendants. | CASE NO.<br><br>CV 06-06066 DDP (CTx)<br><br>**JUDGMENT** |

   This action came on for hearing before the Court, on July 13, 2009, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

\\\

\\\

\\\

1  IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is
2  GRANTED and that defendant Lynwood Unified School District and Anim Mener
3  recover their costs.

5  DATED: August 12, 2009

By: _____
United States District Judge